IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SMAIL A., | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | No. 3:26-cv-387-B-BN |
| | § | |
| U.S. IMMIGRATION AND CUSTOMS | § | |
| ENFORCEMENT, | § | |
| | § | |
| Respondent. | § | |

## **ORDER**

Petitioner, detained at Prairieland Detention Center in this district at the time of filing, filed a *pro se* 28 U.S.C. § 2241 habeas petition challenging his detention. *See* Dkt. No. 3. Senior United States District Judge Jane J. Boyle referred this habeas case to the undersigned United States magistrate judge for pretrial management under 28 U.S.C. § 636(b) and a standing order of reference.

Respondent filed a Response in Opposition to Petition for Writ of Habeas Corpus on March 20, 2026, advising the Court that Petitioner was scheduled to be removed to Algeria on March 29, 2026. *See* Dkt. No. 8 at 3.

Upon review of the U.S. Immigration and Customs Enforcement Online Detainee Locator System, it appears that Petitioner may have been removed as scheduled.[1] Thus, the Court finds that the Respondent should file, by **April 29, 2026**, a status report advising the Court as to the current status of Petitioner's pending

---

[1] *See* https://locator.ice.gov/odls/#/search (last visited Apr. 21, 2026).

removal and whether Petitioner remains detained pending removal.

SO ORDERED.

DATED: April 22, 2026

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE